THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12cv116

| | |
|---|---|
| MORGAN-KEEFE BUILDERS, INC., ) ) Plaintiff, ) ) vs. ) ) NGM INSURANCE COMPANY a/k/a ) THE MAIN STREET AMERICAN ) GROUP f/k/a NATIONAL GRANGE ) MUTUAL INSURANCE CO., et al., ) ) Defendants. ) ) | **ORDER OF REMAND** |

**THIS MATTER** is before the Court on the parties' Consent Motion for Remand. [Doc. 3].

For the reasons stated in the parties' Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Consent Motion for Remand [Doc. 3] is **GRANTED**, and this civil action is hereby **REMANDED** to the Superior Court of Buncombe County, North Carolina.

**IT IS SO ORDERED**.

Signed: June 21, 2012

Martin Reidinger
United States District Judge